1  PHILLIP A. TALBERT
   United States Attorney
2  MATHEW W. PILE
   Associate General Counsel
3  Office of Program Litigation, Office 7
   Oscar Gonzalez de Llano
4  Special Assistant United States Attorney
       Social Security Administration
5      Office of General Counsel
       6401 Security Boulevard
6      Baltimore, MD 21235
       Telephone: (510) 970-4818
7      Email: Oscar.Gonzalez@ssa.gov
8  Attorneys for Defendant

9

10                    UNITED STATES DISTRICT COURT

11                    EASTERN DISTRICT OF CALIFORNIA

12

13

14  NASHIRA ESHE MADISON,                    No.  2:23-cv-2968 DB

15              Plaintiff,
                                             STIPULATION TO VOLUNTARY REMAND
16  v.                                       PURSUANT TO SENTENCE FOUR OF
                                             42 U.S.C. § 405(g) AND TO ENTRY OF
17  MARTIN O'MALLEY,                         JUDGMENT; AND ORDER
    Commissioner of Social Security,
18
                Defendant.
19

20

21       IT IS HEREBY STIPULATED, by and between the parties, through their undersigned

22  attorneys, and with the approval of the Court, that the Commissioner of Social Security has

23  agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g).  The

24  purpose of the remand is to offer Plaintiff a new decision.

25       On remand, the Commissioner will further develop the record as necessary, offer

26  Claimant an opportunity for a new hearing, and issue a new decision.  The parties further request

27  that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against

28  Defendant, reversing the final decision of the Commissioner.

    Stip. to Remand

1       Respectfully submitted this 25th day of April, 2024.

2

3                                 PHILLIP A. TALBERT
                                United States Attorney

4

5                 By:   *s/ Oscar Gonzalez de Llano*
                                OSCAR GONZALEZ DE LLANO

6                                   Special Assistant United States Attorney
                                Attorneys for Defendant

7

8                                 LAW OFFICES OF FRANCESCO BENAVIDES

9

10               By:   *s/ FRANCESCO P. BENAVIDES*
                                FRANCESCO P. BENAVIDES

11                                 (*as authorized by email)
                                Attorney for Plaintiff

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stip. to Remand

1

**ORDER**

2      Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42

3   U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT**

4   **IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social

5   Security for further proceedings consistent with the terms of the Stipulation to Remand.

6   DATED:  April 26, 2024                          /s/ DEBORAH BARNES
                                                     UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stip. to Remand